UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PAUL CRAWFORD**                                   **CIVIL ACTION**

**VERSUS**                                          **NO. 07-2667**

**JAMES LEBLANC**                                   **SECTION "I"(5)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Paul Crawford for issuance of a writ of habeas corpus under 28 U.S.C. §2254 be **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this  27th  day of February, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE